# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 20, 2025

### NO. 03-24-00756-CV

**Michael Passaloukos, Appellant**

**v.**

**Sando Passaloukos, Appellee**

## APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES TRIANA, THEOFANIS AND CRUMP
## DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE CRUMP

This is an appeal from the order signed by the trial court on October 16, 2024. Appellant has filed a joint unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.